UNION FREE SCHOOL DISTRICT NO. 5 OF THE TOWNS OF NORTH HEMPSTEAD AND HEMPSTEAD, NASSAU COUNTY, Respondent, v. PILGRIM ESTATES, INC., et al., Appellants, et al., Defendants.—

No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

ROGER F. WILLIAMS, an Infant, by ROGER O. WILLIAMS, His Guardian ad Litem, Respondent, v. CITY OF POUGHKEEPSIE, Appellant. ROGER O. WILLIAMS, Respondent, v. CITY OF POUGHKEEPSIE, Appellant.—

No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Lewis, J., dissents in each action and votes to reverse the judgment and to dismiss the complaint, with the following memorandum: The city exercised ordinary care in closing Memorial Road. Furthermore, the infant plaintiff accepted the dangers incident to tobogganing. (*Murphy* v. *Steeplechase Amusement Co.*, 250 N. Y. 479; *Curcio* v. *City of New York*, 275 N. Y. 20.)

(June 25, 1943.)

JAMES J. DALY et al., Appellants, v. NATIONAL CIVIL SERVICE ENDOWMENT ASSOCIATION, INCORPORATED, Respondent.— Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

(June 28, 1943.)

BERNARD G. ANTUN, Respondent, v. MASHOLIE–SALVATOR CO., INC., et al., Defendants, and CHARLES MASHOLIE, Defendant-Appellant.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ANNA S. GWYDIR, JR., et al., Appellants, v. ALBERT COWDELL, JR., Respondent.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post*, p. 974.]

MARGARET HOWE, Respondent, v. WILLIAM HOWE, Appellant.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of MORRIS STARK for Reinstatement as an Attorney.— Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.